# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

J. BENJAMIN ZAPATA AND AMANDA ZAPATA

NO. 2020 CW 0275

VERSUS

STEPHEN WAYNE SEAL, DIVERSIFIED WELL LOGGING, INC. AND NAVIGATORS INSURANCE COMPUTER

MAY 1 2 2020

---

In Re: J. Benjamin Zapata and Amanda Zapata, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20150000461

---

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** Relators failed to include a copy of the judgment in violations of the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.

**MRT**
**WRC**

**McDonald, J.**, dissents and would grant the writ and reverse the trial court's September 25, 2019 ruling that granted the motion to vacate filed by plaintiffs, J. Benjamin Zapata and Amanda Zapata. Under the circumstances of this case, plaintiffs never sought relief pursuant to La. Code Civ. P. arts. 966 and 967 in order to timely obtain evidence necessary to their opposition. Accordingly, I find the trial court abused its discretion in granting the motion to vacate, and I would deny the motion.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT